UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GERALD LABOURDETTE | CIVIL ACTION |
| VERSUS | NO. 14-1594 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "B" (3) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is **GRANTED**, the Plaintiff's Motion for Summary Judgment is **DENIED** and the plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 13th day August, 2015.

_____
UNITED STATES DISTRICT JUDGE